The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) SHAWN LUNDY,
(2) DAVID FUNK JR.,
    a/k/a "Super Dave,"
(3) MAYRA SOLIS-SANTOS,
(4) JOEL LAGARDE ORTEGA,
(5) OMAR BARRIGAN-ARRELLANO,
(6) ALEXIS PACHECO-GONZALEZ,
(7) JOSE GUADALUPE SALDANA,
(8) EUGENIO SANDOVAL CARRIZOZA,
and
(9) CARLOS ROMAN QUIROS-RODRIGUEZ,

    Defendants.

NO. CR14-59RSL

**ORDER CONTINUING TRIAL DATE AND DEADLINE TO FILE PRETRIAL MOTIONS**

    THE COURT, having considered the *Joint* Motion to Continue Trial Date and Deadline to File Pretrial Motions (Dkt. # 53), any responses, filings, or memoranda related thereto, the knowing and voluntary waiver of defendants Mayra Solis-Santos

Order/LUNDY *et al.* - 1
No. CR14-59RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(Dkt. # 48), Alexis Pacheco-Gonzalez (Dkt. # 68), Omar Barragan-Arellano (Dkt. # 70), Jose Saldana (Dkt. # 71), Carlos Quiros-Rodriguez (Dkt. # 73), Eugenio Sandoval Carizoza (Dkt. # 72), Shawn Lundy (Dkt. # 74), and Joel Lagarde Ortega (Dkt. # 75),[1] and all the files and records herein, and having held a hearing on April 30, 2014, finds as follows:

1. The facts and circumstances are as set forth in the *Joint* Motion to Continue Trial Date and Deadline to File Pretrial Motions;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the *Joint* Motion to Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1. The trial date in this matter is continued to September 8, 2014.

2. Pre-trial motions are due no later than July 31, 2014.

3. Defendant David Funk, Jr. shall file a waiver of rights under the Speedy Trial Act no later than Friday, May 16, 2014.

---

[1] The Court has yet to receive defendant David Funk, Jr.'s waiver of rights under the Speedy Trial Act. Defendant shall file a waiver no later than May 16, 2014.

Order/LUNDY *et al.* - 2
No. CR14-59RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 |     DONE this 9th day of May, 2014. |
| 3 | |
| 4 | |
| 5 |                                Robert S. Lasnik |
| 6 |                                United States District Judge |

DONE this 9th day of May, 2014.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Presented By:

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
Order/LUNDY *et al.* - 3
No. CR14-59RSL

Order/LUNDY *et al.* - 3
No. CR14-59RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970