Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SHAWN LUNDY,<br>DAVID FUNK, JR.<br>  a/k/a "super Dave,"<br><br>Defendants. | CASE NO. CR14-0059RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

a. Watches seized from 9904 State Road 530 Northeast, Arlington, Washington on February 25, 2014, more particularly described as:
One Men's Rolex Oyster Perpetual Date Two-Tone Blue Dial Wrist Watch;
One Men's Rolex President Perpetual Day-Date Diamond-Cut Dial Wrist Watch; and

b. Gift cards seized from 9904 State Road 530 Northeast, Arlington, Washington on February 25, 2014, more particularly described in the attached Exhibit "A."

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

FINAL ORDER OF FORFEITURE - 1
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- In the plea agreement he entered on July 1, 2014, Defendant David Funk, Jr. ("the Defendant") forfeited his interest in the above-listed property pursuant to 21 U.S.C. § 853 (Dkt. No. 90, ¶ 12);
- In the plea agreement he entered on November 24 2014, Defendant Shawn Lundy ("the Defendant") forfeited his interest in the above-listed property pursuant to 21 U.S.C. § 853 (Dkt. No. 203, ¶ 15);
- On September 26, 2014, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant David Funk, Jr.'s interest in it (Dkt. No. 156);
- On February 23, 2015, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant Shawn Lundy's interest in it (Dkt. No. 231);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 213) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Cohen in Support of Motion for Entry of a Final Order of Forfeiture); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

//
//
//
//

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Shawn Lundy, et al.* (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3. The Department of Justice, and/or its representative, is authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 23rd day of October, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

_s/Richard E. Cohen_
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-2242
Fax: (206) 553-6934
E-mail: Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Exhibit A

Ten (10) assorted Store Value Cards (valued at $2,950.99) seized from 9904 State Route 530 NE, Arlington, Washington, more particularly described as:
1. Lowe's Gift Card No. 6006491742523011959, valued at $595.24;
2. Lowe's Gift Card No. 6006491742523008476, valued at $443.90;
3. Home Depo Store Value Card No. 9806149392654120999741, valued at $436.91;
4. Home Depo Gift Card No. 9806149396581796999741, valued at $581.01;
5. Cabela's Merchandise Credit Card No. 2470631660, valued at $41.55;
6. Cabela's Merchandise Credit Card No. 2513709994, valued at $390.91;
7. Cabela's Merchandise Credit Card No. 2470779006, valued at $85.05;
8. Cabela's Merchandise Credit Card No. 248340585, valued at $163.76;
9. Cabela's Merchandise Credit Card No. 2468701871, valued at $50.00; and
10. Walmart Gift Card No. 6094155986726326, valued at $162.66;

One Hundred and twelve (112) Store Value Card (Valued at $14,860.04) seized from 9904 State Route 530 NE, Arlington, Washington, more particularly described as:
1. Seven (7) Home Depot Store Value Cards valued at $3,220.14, further described as:
    a. Home Depot Card No. 9806149424178606997417, valued at $691.15;
    b. Home Depot Card No. 9806149396851100999741 2, valued $182.40;
    c. Home Depot Card No. 9806149339658160499974 13, valued at $559.29;
    d. Home Depot Card No. 9806149352976434999741 1, valued at $206.77;
    e. Home Depot Card No. 9806149430808190999741 7, valued at $577.07;
    f. Home Depot Card No. 9806149434472995399974 16, valued at $379.01;
    g. Home Depot Card No. 9806149434730043999741 3, valued at $624.45;
2. Lowe's Gift Card No. 6006491742523010266, valued at $406.87'
3. Eighteen (18) Cabela's Merchandise Credit Cards valued at $3,974.27 further described as:
    a. Cabela's Merchandise Credit Card No. 2470606407, valued at $114.67;
    b. Cabela's Merchandise Credit Card No. 2483367237, valued at $703.73;
    c. Cabela's Merchandise Credit Card No. 2470608379, valued at $475.61;
    d. Cabela's Merchandise Credit Card No. 2483367724, valued at $221.76;
    e. Cabela's Merchandise Credit Card No. 2513716197, valued at $138.15;
    f. Cabela's Merchandise Credit Card No. 2483371445, valued at $158.51;
    g. Cabela's Merchandise Credit Card No. 2483367732, valued at $156.90;
    h. Cabela's Merchandise Credit Card No. 2513705208, valued at $405.02;
    i. Cabela's Merchandise Credit Card No. 2483363806, valued at $175.12;
    j. Cabela's Merchandise Credit Card No. 2470607504, valued at $195.10;
    k. Cabela's Merchandise Credit Card No. 2483370066, valued at $217.08;

FINAL ORDER OF FORFEITURE - 4
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

l. Cabela's Merchandise Credit Card No.2483388852, valued at $107.49;
m. Cabela's Merchandise Credit Card No. 2483392979, valued at $157.84;
n. Cabela's Merchandise Credit Card No.2483407652, valued at $42.78;
o. Cabela's Merchandise Credit Card No. 2483410011, valued at $186.75;
p. Cabela's Merchandise Credit Card No. 2483387011, valued at $96.73;
q. Cabela's Merchandise Credit Card No. 2530759105, valued at $301.58;
r. Cabela's Merchandise Credit Card No.2530737820, valued at $119.45;
4. Eight (8) Walmart Gift Cards valued at $1,396.72, further described as:
    a. Walmart Gift Card No. 6091661093716428, valued at $50.54;
    b. Walmart Gift Card No. 6093892996576864, valued at $230.07;
    c. Walmart Gift Card No. 6092291093239119, valued at $154.08;
    d. Walmart Gift Card No. 6093893052458422, valued at $151.98;
    e. Walmart Gift Card No. 6082037229648069, valued at $352.91;
    f. Walmart Gift Card No. 6092291093247052, valued at $144.18;
    g. Walmart Gift Card No. 6092304913058336, valued at $269.13;
    h. Walmart Gift Card No. 6094954008478440, valued at $43.83;
5. Eight (8) Kohl's Merchandise Credit Cards valued at $751.87, further described as:
    a. Kohl's Merchandise Credit Card No. 6393053973630758363, valued at $82.99;
    b. Kohl's Merchandise Credit Card No. 6393053326370730756, valued at $11.71;
    c. Kohl's Merchandise Credit Card No. 6393053594932577267, valued at $62.94;
    d. Kohl's Merchandise Credit Card No. 6393053941983582904, valued at $157.96;
    e. Kohl's Merchandise Credit Card No. 6393053753375496451, valued at $208.47;
    f. Kohl's Merchandise Credit Card No. 6293053593505275359, valued at $93.90;
    g. Kohl's Merchandise Credit Card No. 6393053394235962348, valued at $53.75;
    h. Kohl's Merchandise Credit Card No. 6393053672283830335, valued at $80.15;
6. Six (6) Kroger (Fred Meyer) Gift Cards valued at $684.11, further described as:
    a. Kroger Merchandise Credit Card No. 6006493893022688363, valued at $180.60;
    b. Kroger Merchandise Credit Card No. 6006493893022764271, valued at $217.47;
    c. Kroger Merchandise Credit Card No. 6006493893022688637, valued at $75.33;

FINAL ORDER OF FORFEITURE - 5
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

      d. Kroger Merchandise Credit Card No. 6006493893027570723, valued at $52.11;
      e. Kroger Merchandise Credit Card No. 6006493893022924768, valued at $108.60;
      f. Kroger Merchandise Credit Card No. 6006490901208970258, valued at $50.00;
7. Four (4) Columbia Merchandise Credit Cards valued at $298.02 further described as:
      a. Columbia Merchandise Credit Card No. 6006492145145813381, valued at $98.75;
      b. Columbia Merchandise Credit Card No. 6006492145145814017, valued at $146.53;
      c. Columbia Merchandise Credit Card No. 6006492145136765889, valued at $20.00;
      d. Columbia Merchandise Credit Card No. 6006492145145250881, valued at $32.74;
8. Three (3) The North Face Gift Cards valued at $892.87, further described as:
      a. The North Face Gift Card No. 6035710187500924747, valued at $188.94;
      b. The North Face Gift Card No. 6035710187500924325, valued at $249.98;
      c. The North Face Gift Card No. 6035710187500913856, valued at $453.95;
9. Three (3) Nike Merchandise Credit Cards valued at $599.34, further described as:
      a. Nike Merchandise Credit Card No. 6060109491033484351, valued at $162.87;
      b. Nike Merchandise Credit Card No. 6060107781033587874, valued at $297.49;
      c. Nike Merchandise Credit Card No. 6060109711031277740, valued at $138.98;
10. Two (2) Macy's Gift Cards valued at $91.08;
11. Two (2) REI Gift Cards valued at $50.00, further described as:
      a. REI Gift Card No. 6051500001017673062, valued at $25.00;
      b. REI Gift Card No. 6051500001017673070, valued at $25.00;
12. Two (2) American Eagle Gift Cards valued at $59.45, further described as:
      a. American Eagle Gift Card No. 6006493300482170593, valued at $21.63;
      b. American Eagle Gift Card No. 6006493300482170601, valued at $37.82;
13. Two (2) Auto Zone Merchandise Credit Cards valued at $0.01, further described as:
      a. Auto Zone Merchandise Credit Card No. 6064946824326922, valued at $0;
      b. Auto Zone Merchandise Credit Card No. 6273282026682220, valued at $0;
14. Two (2) Red Robin Gift Cards valued at $50.00, further described as:
      a. Red Robin Gift Card No. 6095041720081844, valued at $25.00;
      b. Red Robin Gift Card No. 6095041720097652, valued at $25.00;

FINAL ORDER OF FORFEITURE - 6
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

15. Eight (8) TJ Maxx/Marshalls Gift Cards valued at $1,201.72;
16. Ross Gift Card No. 6088023936707907, valued at $137.87;
17. Seventeen (17) Petco Gift Cards valued at $208.79;
18. Nordstrom Gift Card No. 8024140298077578, valued at $100.00;
19. Kmart Gift Card No. 6092716121770510, valued at $100.00;
20. Best Buy Gift Card No. 370265038230869, valued at $50.00;
21. Office Depo Gift Card No. 6045481588615685, valued at $57.46;
22. Aeropostale Gift Card No. 6093609540673347, valued at $86.45;
23. IZOD Gift Card No. 6075457339662031, valued at $88.18;
24. Sports Authority Gift Card No. 6083397991396492, valued at $62.43;
25. Outback Steakhouse Gift Card No. 60357100412108157965980, valued at $25.00;
26. Michaels' Gift Card No. 7083520000010964089, valued at $0.09;
27. iTunes Gift Card No. 6063300000628740164, valued at $25.00;
28. Radio Shack Gift Card No. 06493810076887022, valued at $27.29;
29. Anthony's Restaurant Gift Card No. 605011000000060655020312, valued at $0.01;
30. Macaroni Grill Bar Gift Card No. 6024441942085538, valued at $25.00;
31. Amazon.com Gift Card No. 6071135836250514, valued at $50.00;
32. Goodwill Gift Card No. 605011000001446973812191, valued at $60.00;
33. Regal Entertainment Gift Card No. 6006496685879417137, valued at $30.00; and
34. Barnes & Nobel Gift Card No. 639455836619358, valued at $50.00

FINAL ORDER OF FORFEITURE - 7
U.S. v. Shawn Lundy, et al. (Case No. CR14-059RSL)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800