The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SHAWN LUNDY <br><br> Defendant. | NO. CR14-059 RSL <br><br> **ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before July 19, 2021; and

b. Any reply should then be filed on or before July 22, 2021; and

c. The matter noted for July 23, 2021.

DATED this __8th__ day of July, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Lundy,* CR14-059 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970